In the Matter of WILLIAM M. POWERS, Respondent, against DANIEL F. COUGHLIN, Appellant.

(Argued September 9, 1935; decided September 9, 1935.)

*William Gitelman, David Shapiro* and *Max Hendler* for appellant.

*Ellwood M. Rabenold* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.